**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  Juan Marty and
   Damarys Marty,         Case No.: 20-10411-PGH
                   Chapter 13


_____Debtors,\

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification Mediator, for the property located at: 737 NW 135th Ave. Pembroke Pines, FL 33028 reports to the Court as follows:

 **A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on May 29, 2020 and the following parties were present:

  1. [ X ] The Debtor, Juan Marty, and his attorney, America Alvarez.
  2. [ X ] The Co-Debtor, Damarys Marty and her attorney, America Alvarez.
  3. [ X ] The Lender's representative, Donna Bradshaw, and ReShaundra Suggs, Lender's counsel.
  4. [ ] Other: _____

 **B.** The final MMM conference was scheduled for _____, but not conducted for the following reason:

  1. [ ] The parties settled prior to attending.
  2. [ ] The case was dismissed.
  3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
  4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
  5. [ ] Other: _____.

 **C.** The result of the MMM conference is as follows:

  1. [ ] The parties reached an agreement.
  2. [ X ] The parties did not reach an agreement.


Dated: May 29, 2020        /s/ Betsy F. Yegelwel

                Signature of Mediator
                Print name: Betsy F. Yegelwel, Esq.
                Address: 2150 SW 13th Avenue
                Miami, FL 33145
                Telephone: 305-858-2706
                Email: Betsy@byeglaw.com

Copies to: All Parties

LMM-LF-11 (04/01/13)